KELSEY BROWN, CA #263109
Mackenzie Legal, PLLC
2529 Cliffside Ln, H-102
Gig Harbor, WA 98335


Phone: (206) 300-9063
Email: kelsey@mackenzielegal.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| MONA SCOTIA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>COMMISSIONER OF SOCIAL SECURITY<br><br>　　　　Defendant. | Case # 1:15-CV-00897-EPG<br><br>STIPULATED EXTENSION OF TIME; ORDER |

　　　The parties hereby stipulate by counsel, that Plaintiff shall have a second extension of time to file Plaintiff's Opening Brief.  Plaintiff's counsel is sick and unable to complete briefing at this time.

　　　The parties stipulate to a 30-day extension of time to March 15, 2015 and that the Court's Scheduling Order shall be modified accordingly.

Dated March 15, 2015:　　　　/s/ Kelsey M Brown
　　　　　　　　　　　　　　KELSEY MACKENZIE BROWN CA #263109
　　　　　　　　　　　　　　Mackenzie Legal, PLLC
　　　　　　　　　　　　　　2529 Cliffside Ln, H-102

Page 1　　STIPULATION
　　　　　[1:15-CV-00897-EPG]

Mackenzie Legal, PLLC
2529 Cliffside Ln, H-102
Gig Harbor, WA 98335
(206) 300-9063

Gig Harbor, WA 98335
(206) 300-9063
Attorney for Plaintiff

Dated March 15, 2015:   s/ KELSEY M. BROWN for Scott Borrowman
SCOTT BORROMAN
(per e-mail authorization)
Special Assistant U.S. Attorney
Office of the General Counsel

Of Attorneys for Defendant

**ORDER**

Based on the above stipulation, Plaintiff may have an extension of time to file her Opening Brief. Plaintiff's Opening Brief shall be filed no later than March 15, 2016. Defendant shall file her Opposition Brief no later than April 14, 2016. Any reply by Plaintiff may be filed no later than April 29, 2016.

IT IS SO ORDERED.

Dated:   **February 17, 2016**        /s/ Erica P. Grosjean
                                       UNITED STATES MAGISTRATE JUDGE

Page 2   STIPUATION
[1:15-CV-00897-EPG]

Mackenzie Legal, PLLC
2529 Cliffside Ln, H-102
Gig Harbor, WA 98335
(206) 300-9063