BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
SCOTT J. BORROWMAN, CSBN 241021
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8942
    Facsimile: (415) 744-0134
    E-Mail: scott.borrowman@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| MONA LEE SCOTIA,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:15-cv-897-EPG<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO FILE BRIEF |

    The parties hereby stipulate that the Commissioner may have a 30-day extension of time, from April 14, 2016, to May 16, 2016, to file her responsive brief.

///

///

///

There is good cause for this extension because the undersigned counsel for the Commissioner has been handling document productions of several thousand pages in two employment litigation matters, settlement negotiations for a class action, and has oral argument in a Ninth Circuit matter next week.

Respectfully submitted.

Date: April 7, 2016                  By      /s/ *Scott J. Borrowman*
                                     SCOTT J. BORROWMAN
                                     Special Assistant U.S. Attorney

                                     Attorneys for Defendant

Date: April 7, 2016                  By      /s/ *Kelsey Mackenzie Brown*\*
                                     KELSEY MACKENZIE BROWN

                                     Attorney for Plaintiff
                                     (\*by email authorization on April 6, 2016)

**ORDER**

Defendant's Opposition shall be filed no later than **May 16, 2016**. Any Reply shall be filed within fifteen days of the filing of the opposition.

IT IS SO ORDERED.

Dated:   **April 8, 2016**                    /s/ Erica P. Grosjean
                                              UNITED STATES MAGISTRATE JUDGE